**STATE of Missouri, Respondent,**

v.

**Adrian MINNIS, Defendant/Appellant.**

**No. 62635.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 4, 1993.

Lawrence O. Willbrand, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals from jury convictions of first-degree assault in violation of § 565.-050 RSMo 1986 and armed criminal action in violation of § 571.015 RSMo 1986. Defendant was sentenced to consecutive terms of five years' imprisonment on each offense.

We have thoroughly reviewed the briefs and record on appeal. No jurisprudential purpose would be served by a written opin-

ion. The judgment of the trial court is affirmed in accordance with Rule 30.25(b).